AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| STEVEN CARTER, Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 1:16-cv-06376 |
| MONARCH RECOVERY MANAGEMENT, INC., | ) | |
| Defendant | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>03/20/2018</u> against <u>Steven Carter</u>,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 957.30 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL $ | 957.30 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:    <u>s/ Renee Choy Ohlendorf</u>

Name of Attorney:  Renee Choy Ohlendorf

For:    <u>Defendant Monarch Recovery Management, Inc.</u>    Date:  <u>04/19/2018</u>
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                Deputy Clerk                Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | **TOTAL** | | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Veritext Corp
Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Carlos A. Ortiz<br>Hinshaw & Culbertson LLP<br>222 North LaSalle St<br>Ste 300<br>Chicago, IL, 60601 | **Invoice #:** CHI2983585<br>**Invoice Date:** 5/26/2017<br>**Balance Due:** $561.40 |

| | |
|---|---|
| **Case:** | Carter, Steven v. Monarch Recovery Management, Inc. |
| **Job #:** | 2603866 \| Job Date: 4/27/2017 \| Delivery: Immediate |
| **Billing Atty:** | Carlos A. Ortiz |
| **Location:** | Hinshaw & Culbertson LLP - 222 North LaSalle St |
| | 222 North LaSalle St \| Ste 300 \| Chicago, IL 60601 |
| **Sched Atty:** | Carlos A. Ortiz \| Hinshaw & Culbertson LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Steven Carter | Original Transcript | Page | 121.00 | $3.40 | $411.40 |
| | Attendance Fee-Hrly | Hour | 3.00 | $50.00 | $150.00 |

| Notes: | | | | |
|---|---|---|---|---|
| | | **Invoice Total:** | $561.40 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $561.40 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CHI2983585<br>2603866<br>5/26/2017<br>$561.40 |

17185

# INVOICE



## Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 186435 | 5/15/2017 | 162962 |

| Job Date | Case No. | |
|---|---|---|
| 4/28/2017 | 16-CV-06376 | |

| Case Name | | |
|---|---|---|
| Steven Carter vs. Monarch Recovery Management, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt, after 30 days 1.5% fee | | |

Renee Choy Ohlendorf, Esq.
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA 94111

1 COPY OF TRANSCRIPT OF:
   Diane Mazzoacano

                395.90

**TOTAL DUE >>>**    **$395.90**

Thank you for choosing Maxene Weinberg Agency, a Huseby company.

***Please note new remit to address***

As a courtesy to our Maxene Weinberg Agency customers, please disregard any financing fee indicated on your invoice or statement.

Schedule with us anywhere nationally today! Visit us on the web to learn more about the services and technology we provide for both depositions and trial.

**Tax ID:** 31-1763752                            Phone: 415-362-6000    Fax: 415-834-9070

*Please detach bottom portion and return with payment.*

Renee Choy Ohlendorf, Esq.
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA 94111

Job No.   : 162962       BU ID     : Weinberg
Case No.  : 16-CV-06376
Case Name : Steven Carter vs. Monarch Recovery
              Management, Inc.
Invoice No. : 186435     Invoice Date : 5/15/2017
**Total Due**  : **$ 395.90**

Remit To: **Huseby, Inc.**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**

### PAYMENT WITH CREDIT CARD

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature: